**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

PATRICIA B. GRADY, AS EXECUTRIX
AND PERSONAL REPRESENTATIVE OF
THE ESTATE OF STEPHEN P. GRADY,

          Petitioner

        v.

AERO-TECH SERVICES, INC. D/B/A
AERO-TECH SERVICES AND ZACH
HURST & DAVID PEACHEY,
INDIVIDUALLY,

         Respondents

:  No. 158 MAL 2022
:
:
:
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 30th day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.